# GEORGIA DEATH CERTIFICATE

State File Number **2020GA000025100**

| Field | Entry |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | JEREMIAH ISAIAH SMITH |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 04/19/2020 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 21 |
| 4b. UNDER 1 YEAR (Mos / Days) | |
| 4c. UNDER 1 DAY (Hours / Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 07/12/1998 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | CLAYTON |
| 7c. CITY, TOWN | FOREST PARK |
| 7d. STREET AND NUMBER | 317 LEE STREET |
| 7e. ZIP CODE | 30297 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a USUAL OCCUPATION | STUDENT |
| 8b. KIND OF INDUSTRY OR BUSINESS | EDUCATION |
| 9. MARITIAL STATUS | NEVER MARRIED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME (First, Middle, Last) | SHEPPARD EARL DUGAN JR |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | COMONET SMITH |
| 13a. INFORMANT'S NAME (First, Middle, Last) | SHEPPARD EARL DUGAN JR |
| 13b. RELATIONSHIP TO DECEDENT | FATHER |
| 13c. MAILING ADDRESS | 317 LEE STREET FOREST PARK GEORGIA 30297 |
| 14. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE |
| 15. ORIGIN OF DECEDENT (*Italian, Mex.,French, English, etc.*) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (*White, Black, American Indian, etc.*) (*Specify*) | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME (*If not in either give street and no.*) | GRADY MEMORIAL HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20. COUNTY OF DEATH | FULTON |
| 21. METHOD OF DISPOSITION (specify) | CREMATION |
| 22. PLACE OF DISPOSITION | MOODY-DANIEL CREMATORY 10170 HWY 19 NORTH ZEBULON GEORGIA 30295 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 04/23/2020 |
| 24a. EMBALMER'S NAME | |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | GEORGIA CREMATION - FAYETTEVILLE |
| 25a. FUNERAL HOME ADDRESS | 1086 HIGHWAY 54 W FAYETTEVILLE GEORGIA 30214 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | REBA MANDERIA ROYER |
| 26b. FUN. DIR. LICENSE NO | 5666 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 04/19/2020 |
| 28. HOUR PRONOUNCED DEAD | 20:52 MILITARY |
| 29a. PRONOUNCER'S NAME | BRADLEY WALLACE |
| 29b. LICENSE NUMBER | 075946 |
| 29c. DATE SIGNED | 04/19/2020 |
| 30. TIME OF DEATH | 20:52 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | | Approximate interval between onset and death |
|---|---|---|
| A. | GUNSHOT WOUND OF HEAD AND NECK | UNKNOWN |
| B. | Due to, or as a consequence of | |
| C. | Due to, or as a consequence of | |
| D. | Due to, or as a consequence of | |

| Field | Entry |
|---|---|
| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. *If female, indicate if pregnant or birth occurred within 90 days of death.* | |
| 33. WAS AUTOPSY PERFORMED? | YES |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | HOMICIDE |
| 38. DATE OF INJURY (Mo., Day, Year) | 04/19/2020 |
| 39. TIME OF INJURY | 19:45 MILITARY |
| 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | WAL MART PARKING LOT |
| 41. INJURY AT WORK? (Yes or No) | NO |
| 42. LOCATION OF INJURY (*Street, Apartment Number, City or Town, State, Zip, County*) | 5401 FAIRINGTON ROAD STONECREST GEORGIA 30038 DEKALB |
| 43. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER |
| 44. IF TRANSPORTATION INJURY | NO |
| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | |
| 45a. DATE SIGNED (Mo., Day, Year) | |
| 45b. HOUR OF DEATH | |
| 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) | /S/ CHRISTY S. CUNNINGHAM ME |
| 46a. DATE SIGNED (Mo., Day, Year) | 04/23/2020 |
| 46b. HOUR OF DEATH | 20:52 MILITARY |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | CHRISTY S. CUNNINGHAM 3550 KENSINGTON ROAD DECATUR GEORGIA 30032 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR (*Mo., Day, Year*) | 04/23/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**IN RE: ESTATE OF** )
)
JEREMIAH ISAIAH SMITH, ) **ESTATE NO.** ____________
**DECEASED** )

## PETITION FOR LETTERS OF ADMINISTRATION

The petition of COMONET SMITH
*[Full name(s) of Petitioner(s)] First Middle Last*
whose physical address(es) is/are 4711 Waldrop Dr., B3, Clayton, Forest Park, Ga 30297,
*Street City County State Zip Code*
and mailing address(es) is/are 4711 Waldrop Dr., B3, Clayton, Forest Park, Ga 30297,
*Street City County State Zip Code*
shows to the Court the following:

1.

JEREMIAH ISAIAH SMITH,
*[Full name of Decedent] First Middle Last*

whose place of domicile was 317 Lee Street, Clayton, Forest Park, GA 30297,
*Street City County State Zip Code*
departed this life on April 19, 20 20, intestate.

2.

The Decedent died intestate *[without making a valid Last Will and Testament]*.

3.

Listed below are all of the Decedent's heirs at law, with age or majority status, address, and relationship to the Decedent set opposite the name of each:

| *Name* | *Age (or over 18)* | *Address* | *Relationship* |
|---|---|---|---|
| Sheppard Earl Dugan | 42 | 317 Lee Street, Forest Park, GA 30297 | Father |
| Comonet Smith | 41 | 4711 Waldrop Dr B3, Clayton, Forest Park, Ga 30297 | Mother |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4.

**Required**: *[Provide sufficient factual information to enable the Court to conclude that all of the heirs of the Decedent are included and that there are no heirs of the same or closer degree according to O.C.G.A. § 53-2-1. Provide the names of any deceased heirs, the name and address of his or her Personal Representative, if any, and include the date of death for each. [See instructions for further clarification.] Also, state here all pertinent facts that may govern the method of giving notice to any party and that may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed above are cousins, grandchildren, nephews or nieces of the Decedent, indicate the deceased ancestor through whom they are related to the Decedent.]*

Decedent, Jeremiah Isaiah Smith, died on April 19, 2020, a victim of gun violence. He was an innocent victim, shot and killed at a local Wal-Mart store. His parents, Comonet Smith and Sheppard seek to create an estate in order to bring a wrongful death claim on his behalf.At the time of death, decedent never married and did not have any children, dorn adopted, living or deceased. His parents are the only heirs to his estate.

5.

Under the law, it is necessary that said estate be administered and ______________ Comonet Smith should be appointed Administrator(s) by reason of:

*[Initial one]*

X______ (a) being unanimously selected by all the heirs *[This alternative does not apply if the surviving spouse is the sole heir and an action for divorce or separate maintenance was pending at the time of Decedent's death.]*;

_______ (b) being the surviving spouse where no action for divorce or separate maintenance was pending at the time of Decedent's death;

_______ (c) being (an) heir(s) and not the surviving spouse;

_______ (d) having been selected by a majority in interest of the heirs;

_______ (e) being (an) eligible person(s) as defined by O.C.G.A. § 53-6-1;

_______ (f) being (a) creditor(s) of the Decedent (evidence of the indebtedness is attached);

_______ (g) being the county administrator.

6.

To the knowledge of the petitioner(s), no other proceedings with respect to this estate are pending, or have been completed, in any other Probate Court in this or any other state.

7.

The Decedent passed leaving an estate of real property located in ____________________ ________________ County(ies), Georgia *[list real property that is located in another state and/or country]* having a total fair market value of approximately $ 0.00 __________________.

The Decedent passed leaving personal property as follows *[provide approximate value]*:

| | | | |
|---|---|---|---|
| ☑ | (a) Cash/bank accounts/certificates of deposit; | $ | 1,200.00 |
| ☐ | (b) Stocks/bonds/brokerage accounts; | $ | 0.00 |
| ☐ | (c) Other assets of significant value *[list]*; | $ | 0.00 |

APPROXIMATE TOTAL VALUE OF PERSONAL PROPERTY $ 1,200.00

8.

*[Petitioner(s) MUST initial one]*

X______ (a) All heirs have consented to the waiver of bond and/or grant of certain powers contained in O.C.G.A. § 53-12-261 to the Administrator(s). Therefore, the Petitioner(s) hereby move(s) the Court to publish notice of the filing of the Petition and tender(s) with this Petition publication fees. ***[This only applies if all heirs have properly selected, acknowledged and consented to this option.]***

________ (b) The identities and/or addresses of all heirs are not known. Therefore, the Petitioner(s) hereby move(s) the Court to publish notice of the filing of the Petition, and tender(s) with this Petition publication fees.

________ (c) Notice of this Petition need not be published because the Petitioner(s) has/have listed all heirs at law and their addresses, and Petitioner(s) is/are not requesting a waiver of bond, inventory and returns, or the grant of powers contained in O.C.G.A. § 53-12-261.

9.

Additional Data: *[Where full particulars are lacking, state here the reasons for any such omission.]*

Decedent has a bank account, with only funds deposited by the United States government as part of a stimulus package sent to all citizens due to the Coronavirus pandemic. These funds remain in his account.

WHEREFORE, Petitioner(s) pray(s):

1. Service be perfected; and
2. That if no good cause is shown to the contrary, Comonet Smith be appointed Administrator(s) of the estate of said Decedent.

______________________________
Signature of Petitioner

COMONET SMITH
Printed Name

4711 Waldrop Dr B3, Clayton
Forest Park, Ga 30297
Mailing Address

404-964-4904
Telephone Number

Signature of Attorney ______________________________

Printed Name of Attorney Edward Piasta, Esq.

Address Piasta Newbern Walker,LLC
3301 Windy Ridge Pkwy., Ste. 110, Atlanta, GA 30339

Telephone Number 404-996-1296 State Bar # 110161

**VERIFICATION**

**GEORGIA,** CLAYTON______________ **COUNTY**

Personally appeared before me the undersigned Petitioner(s) who, after being duly sworn, state(s) that the facts set forth in the foregoing Petition for Letters of Administration (and the attached Exhibit(s)) are true and correct.

Sworn to and subscribed before me this
______ day of _______________, 20_____

_______________________________________
Signature of Petitioner

_________________________________
NOTARY/CLERK OF PROBATE COURT

My Commission Expires ________________

COMONET SMITH
_______________________________________
Printed Name of Petitioner

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**IN RE: ESTATE OF** )
)
JEREMIAH ISAIAH SMITH, ) **ESTATE NO.** ____________
**DECEASED** )

## SELECTION BY HEIRS
## (AND CONSENT OF HEIRS TO WAIVER OF BOND AND/OR GRANT OF CERTAIN POWERS)

***[make a separate page of this form for each heir consenting]***

The undersigned, being 18 years of age or older, laboring under no legal disability and being an heir of the above-named Decedent, hereby acknowledges service of a copy of the Petition for Letters of Administration and notice, waives copies of same, waives further service and notice, and hereby selects COMONET SMITH to act as Administrator(s) of the above-styled estate. If so indicated below, I hereby consent for the Administrator(s) to be granted the additional powers contained in (a), (b) and/or (c) below.

X **(a)** *[optional; initial if applicable **TO GRANT POWERS**]* The Personal Representative is required by law to file a petition for leave to sell and obtain other approval by the Court for various acts. By initialing here I agree that the Personal Representative should be awarded all of the powers contained in O.C.G.A. § 53-12-261 including the authority in (b) and (c) below; **OR**

X **(b)** *[optional; initial if applicable **TO WAIVE REPORTS**]* The Personal Representative is required by law to file reports (Inventory and Returns) and provide a copy to each interested party. By initialing here I agree that the Personal Representative should not be required to file any reports with the Court; **AND/OR**

X **(c)** *[optional; initial if applicable **TO WAIVE BOND**]* The Personal Representative is required by law to post a bond as the Court deems necessary. By initialing here I agree that the Personal Representative should not be required to post a bond.

Sworn to and subscribed before me this ______ day of _______________, 20_____

_____________________________________
Signature of Heir

SHEPPARD DUGAN
Printed Name of Heir

_____________________________________
NOTARY/CLERK OF PROBATE COURT

My Commission Expires ________________

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **IN RE: ESTATE OF** | ) | |
| | ) | |
| **JEREMIAH ISAIAH SMITH**, | ) | **ESTATE NO.** ____________ |
| **DECEASED** | ) | |

**PETITION FOR LETTERS OF ADMINISTRATION**
**ORDER FOR SERVICE OF NOTICE**

☐ (a) Since the heirs have not made a unanimous selection;

IT IS ORDERED that notice be issued and served upon each heir who did not acknowledge service. Notice of this Petition shall be mailed by first-class mail to each heir with a known address at least thirteen (13) days prior to the date on or before which any objection is required to be filed. If there is any heir whose current address is unknown, notice shall be published once a week for four weeks prior to the date for which any objection must be filed.

☑ (b) Since the heirs have made a unanimous selection, and the Petitioner(s) has/have requested the waiver of bond and/or grant of certain powers,

IT IS ORDERED that notice shall be published once each week for four weeks prior to the week which includes the date on or before which any objection must be filed.

SO ORDERED this _____ day of __________________, 20___.

______________________________________
Judge of the Probate Court

**IN THE PROBATE COURT OF _____CLAYTON_____ COUNTY**
**STATE OF GEORGIA**

**IN RE: ESTATE OF** )
)
**JEREMIAH ISAIAH SMITH__________,** ) **ESTATE NO. ____________**
**DECEASED** )

**PETITION FOR LETTERS OF ADMINISTRATION**
**NOTICE**

*[NOTE: Strike the sentence in parenthesis below if not applicable.]*

TO: ____________________________________________________________
*[List here all heirs who have not acknowledged service]*
and to whom it may concern:

_______________________________________________________________
has petitioned for (_______________________________________________)
to be appointed Administrator(s) of the estate of ______________________________
deceased, of said County. (The Petitioner has also applied for waiver of bond and/or grant of certain powers contained in O.C.G.A. § 53-12-261.) All interested parties are hereby notified to show cause why said Petition should not be granted. All objections to the Petition must be in writing, setting forth the grounds of any such objections, and must be filed with the Court on or before _____________, 20_____.

**BE NOTIFIED FURTHER**: All objections to the Petition must be in writing, setting forth the grounds of any such objections. All objections should be sworn to before a notary public or before a Probate Court Clerk, and filing fees must be tendered with your objections, unless you qualify to file as an indigent party. Contact Probate Court personnel for the required amount of filing fees. If any objections are filed, a hearing will be (held on ______________________, 20_____) (scheduled at a later date). If no objections are filed, the Petition may be granted without a hearing.

________________________________________
Judge of the Probate Court

By: ____________________________________
Clerk of the Probate Court

________________________________________

________________________________________
Address

________________________________________
Telephone Number

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**IN RE: ESTATE OF** )
**JEREMIAH ISAIAH SMITH**, ) **ESTATE NO.** ____________
**DECEASED** )

## CERTIFICATE OF SERVICE

I certify that I have this date mailed (unless otherwise noted) in an envelope with the proper postage affixed thereto for first-class mail delivery a copy of the Petition for Letters of Administration, Order for Service of Notice, including any attached exhibits and the Notice to the following parties:

This _______ day of ________________, 20____.

______________________________
Clerk of the Probate Court

______________________________

______________________________
Address

______________________________
Telephone Number

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**IN RE: ESTATE OF** )
)
**JEREMIAH ISAIAH SMITH**, ) **ESTATE NO.** ____________
**DECEASED** )

## ORDER APPOINTING ADMINISTRATOR

A Petition for Letters of Administration for the above named Decedent was filed.

COMONET SMITH was/were nominated Administrator(s) in the Petition and is/are hereby found to be legally qualified for said office. The Court finds that the Decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above County. The Court finds that the Decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that the person(s) named above is/are found to be qualified for such office and is/are hereby appointed Administrator(s) of the estate of the Decedent, and that appropriate Letters be issued upon said Administrator(s) giving bond with approved surety in the sum of $__________________________ and taking the oath as provided by law. The Administrator(s) shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

IT IS FURTHER ORDERED that upon unanimous consent and publication of notice as necessary, the Court hereby: *[Initial all that apply.]*

X (a) ***POWERS GRANTED***: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

X (b) ***REPORTS WAIVED***: Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

X (c) ***BOND WAIVED***: Waives the specific requirement to post bond.

SO ORDERED this _______ day of ________________, 20____.

_________________________________________
Judge of the Probate Court

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **IN RE: ESTATE OF** | ) | |
| | ) | |
| JEREMIAH ISAIAH SMITH, | ) | **ESTATE NO.** ____________ |
| **DECEASED** | ) | |

## LETTERS OF ADMINISTRATION

*[Bond Waived and/or Certain Powers Granted at Time of Appointment]*

At a regular term of Probate Court, this Court granted an order allowing COMONET SMITH to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law. In addition this Court:

*[Initial all that apply]*

X_____ (a) ***POWERS GRANTED*:** Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

X_____ (b) ***REPORTS WAIVED*:** Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

X_____ (c) ***BOND WAIVED*:** Waives the specific requirement to post bond.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this ____ day of ____________ , 20____.

______________________________
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by: *[Seal]*

______________________________
Clerk of the Probate Court

**IN THE PROBATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **IN RE: ESTATE OF** | ) | |
| | ) | |
| **JEREMIAH ISAIAH SMITH**, | ) | **ESTATE NO.** ____________ |
| **DECEASED** | ) | |

## LETTERS OF ADMINISTRATION

*[Bond, Inventory and Returns Required]*

At a regular term of Probate Court, this Court granted an order allowing COMONET SMITH to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this ____ day of _____________, 20___.

______________________________________
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by:

*[Seal]*

________________________________
Clerk of the Probate Court

(*SEE INSTRUCTIONS*)